FILED: January 13, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2235 (L)
(5:05-cv-00202-FPS-JES)

_____

CSX TRANSPORTATION, INCORPORATED

  Plaintiff - Appellee

v.

ROBERT N. PEIRCE, JR.; LOUIS A. RAIMOND

  Defendants - Appellants

and

ROBERT V. GILKISON; PEIRCE, RAIMOND & COULTER, PC, a/k/a Robert Peirce & Associates, P.C., a Pennsylvania Professional Corporation; JOHN DOE(S); MARK T. COULTER; RAY A. HARRON, Dr.

  Defendants

RICHARD CASSOFF, M.D.

  Party-in-Interest

LUMBERMENS MUTUAL CASUALTY COMPANY

  Intervenor

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to proceed with a deferred appendix pursuant to Rule 30(c) of the Federal Rules of Appellate Procedure, the court grants the motion. The clerk shall establish a schedule in accordance with this court's procedures.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk